IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | CRIMINAL FILE NO. |
|---|---|
| v. | 1:17-CR-264-2-TWT |
| JESUS GUTIERREZ-RIOS, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 78] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 61]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 61] is DENIED.

SO ORDERED, this 4 day of March, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\17\17cr264-2\r&r.docx